IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

 vs.       4:06CR00332-01-WRW

TERRI LYNN SHEPHERD

## ORDER

  The above entitled cause came on for a hearing on December 15, 2011, the Honorable Bill Wilson, presiding, on the Motion to Revoke the Probation of the defendant, Terri Lynn Shepherd. After reviewing the matter before the Court, and the agreement of the parties, the Motion to Revoke was DENIED. Ms. Shepherd's term of Probation is modified. Ms. Shepherd will be pay the balance of her restitution, a total of $4,429.57 by January 31, 2012. Failure to pay the restitution in full by that date will result in Ms. Shepherd being committed to the custody of the Bureau of Prisons.

  The remaining terms and conditions of Probation previously ordered remain in full force and effect. Ms. Shepherd's term of Probation, absent any further violations, will terminate April 16, 2012.

  IT IS SO ORDERED this 15th day of December, 2011.

              /s/Billy Roy Wilson
              UNITED STATES DISTRICT JUDGE

ProbationRevocationdny.wpd